UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VAUGHN HENRY WHITMORE,<br><br>Defendant. | Case No.  00-cr-00194-EMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>Docket No. 93 |

Mr. Whitmore has filed a new motion for compassionate release.  Having considered the parties' briefs and accompanying submissions, the Court finds this matter suitable for resolution without oral argument.  The motion for relief is **DENIED**.  Judge Illston's *Rivera* case presented a unique set of circumstances, including the fact that the government failed to raise the "old law" argument until after Judge Illston had already granted relief and therefore decided to stipulate to resentencing of the new law sentence.  Other than *Rivera*, Mr. Whitmore has not cited any authority to support his contention that this Court has the authority to resentence on his "new law" crimes after the sentence on those crimes has already been completed, absent consent by the government.

This order disposes of Docket No. 93.

**IT IS SO ORDERED**.

Dated: October 6, 2020

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California